```
☑ FILED       ___ LODGED
___ RECEIVED  ___ COPY

    JAN 2 8 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

MICHAEL BAILEY
United States Attorney
District of Arizona
ANDREW C. STONE
Assistant U.S. Attorney
Arizona State Bar No. 026543
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Francis Weinberger, <br><br> Defendant. | No. CR-20-00106-PHX-MHB <br><br> **I N F O R M A T I O N** <br><br> **VIO:** 18 U.S.C. § 1163 <br> (Theft from Indian Tribal Organizations) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about June 20, 2017, at the Talking Stick Resort and Casino, located within the boundaries of the Salt River Pima Maricopa Indian Community, in the District of Arizona, MICHAEL FRANCIS WEINBERGER, knowingly converted to his use or the use of another, goods, assets, or other property valued at less than $1,000 that belonged to an Indian tribal organization or had been entrusted to the custody or care of an officer, employee, or agent of an Indian tribal organization.

All in violation of Title 18, United States Code, Section 1163.

Dated this 28th day of January, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

ANDREW C. STONE
Assistant U.S. Attorney